Marcy and George E. Wells, Respondents.— Judgment unanimously affirmed, with costs.

Edna M. Irving, Appellant, v. Newell Irving, Respondent.— Order affirmed, without costs. All concurred.

Thomas Maloney, Respondent, v. Hudson River Water Power Company, Appellant.— Judgment and order reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event. All concurred, except Betts, J., dissenting.

John McAuliff, Appellant, v. Mary F. Hughes and Others, Respondents. — Judgment and order affirmed, with costs. All concurred, except Houghton and Betts, JJ., dissenting on opinion of Cochrane, J., on former appeal. (See 128 App. Div. 360.)

Peter J. McManus, as Trustee of the Estate of William H. Beck, Bankrupt, Appellant, v. H. C. Mercereau Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

In the Matter of the Application of Henry J. McCann, as Chairman of the County Committee of the Democratic Party for the County of Albany, Respondent, for an Order Directing the Issuance of a Peremptory Writ of Mandamus against the Board of Supervisors of Albany County and the Clerk Thereof, Appellants.— Order unanimously affirmed, with costs.

The Manufacturers' National Bank, Respondent. v. Charles Paul and George F. Wells, Appellants.— Order affirmed, without costs. All concurred, except Smith, P. J., and Sewell, J., dissenting.

In the Matter of the Estate of Alonzo W. Morgan, Deceased. Mary K. Morgan, as Administratrix, etc., of Alonzo W. Morgan, Deceased, Appellant; Maude W. Morgan, Respondent.— Order affirmed, with costs. All concurred, except Smith, P. J., and Houghton, J., dissenting.

Dory Osterhoudt, Respondent, v. The Prudential Insurance Company of America, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Celia Penor, Respondent, v. City of Glens Falls, Appellant.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. Cornell Steamboat Company v. Otto Kelsey, Comptroller of the State of New York.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements.

Mary E. Pelletier, Appellant, v. James Larimer Graham and Others, Doing Business under the Firm Name and Style of Graham, Taylor & Company, Respondents.— Judgment reversed on the ground that the case should have been submitted to the jury, and new trial granted, with costs to appellant to abide event. All concurred; Betts, J., not sitting.

The People of the State of New York ex rel. Benjamin Baker, Jr., v. The Board of Supervisors of Cortland County.— Determination unanimously confirmed, with twenty-five dollars costs and disbursements, on the ground that the amount allowed was reasonable, and claimant was not entitled to notice of hearing.

Progressive Supply Company, Appellant, v. John H. Rourke and

Thomas Rourke, Respondents.— Judgment of the County Court affirmed, with costs. All concurred.